**Entered on Docket
December 13, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

U.S. Bank, National Association
10-73623

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-23038-mkn |
|---|---|
| Nelson E. Dorantes and Catrina M. Dorantes | Date: 11/17/2010<br>Time: 1:30 pm |
| | Chapter 7 |
| Debtors. | |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

1  Secured Creditor U.S. Bank, National Association, its assignees and/or successors in interest, of the
2  subject property, generally described as 5429 Pipers Stone Street, North Las Vegas, NV 89031.

4  **IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor shall
5  give Debtors at least seven business days' notice of the time, place and date of sale.

6  Submitted by

7  **WILDE & ASSOCIATES**

8  By:_____
   Gregory L. Wilde, Esq.
9  Attorney for Secured Creditor

10 **APPROVED / DISAPPROVED**

11 By:_____
12 Anthony Deluca
   Attorney for Debtor(s)
13

14 **APPROVED / DISAPPROVED**

15 By:_____
   Yvette Weinstein
16 Chapter 7 Trustee

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_    The court has waived the requirements set forth in LR 9021(b)(1).

\_\_\_\_    No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

__X__    This is a chapter 7 or 13 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

**Debtor's counsel:**

\_\_\_\_ approved the form of this order            \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    __X__ failed to respond to the document

\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

**Trustee:**

\_\_\_\_ approved the form of this order            \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    __X__ failed to respond to the document

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor